

FILED

SEP 1 4 2017

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:<br><br>A WHITE UNITED STATES POSTAL SERVICE (USPS) PACKAGE WITH THE APPROXIMATE DIMENSIONS OF 11.625 X. 15.125 LOCATED AT A USPS FACILITY IN BILLINGS, MONTANA. | MJ-17-62-BLG-TJC.<br><br>ORDER |
|---|---|

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

//

//

//

//

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 13 day of September, 2017.

_____
HON. TIMOTHY J. CAVAN
U.S. Magistrate Judge